No. 392. KLEINMAN ET AL. v. SAMINSKY ET AL. Supreme Court of Delaware. Certiorari denied. *Alex Elson, Willard J. Lassers* and *Aaron S. Wolff* for petitioners. *Alfred Jaretzki, Jr., Marvin Schwartz, James M. Tunnell, Jr.,* and *William S. Megonigal, Jr.,* for respondents.

No. 395. CARTER, U. S. DISTRICT JUDGE, ET AL. v. OLYMPIC REFINING CO. ET AL. C. A. 9th Cir. Certiorari denied. *Francis R. Kirkham, William E. Mussman, Howard Painter, Jack E. Woods, George W. Jansen, Wayne H. Knight, Edmund D. Buckley, Irving Slifkin, Andrew A. Hauk* and *Harold C. Morton* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Robert B. Hummel* for the United States, and *Joseph L. Alioto* for Olympic Refining Co., respondents.

No. 400. R. H. WRIGHT, INC. v. CITY OF FORT LAUDERDALE. C. A. 5th Cir. Certiorari denied. *Richard M. White* and *Thomas H. Anderson* for petitioner.

No. 401. SOUTH DAKOTA ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Frank L. Farrar,* Attorney General of South Dakota, *John B. Wehde,* Assistant Attorney General, *E. W. Stephens* and *Warren May* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Edmund B. Clark* for the United States.

No. 403. MOUNT ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Donald V. Yarborough* and *W. E. Johnson* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.